Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TIM KRUSE CONSTRUCTION, INC., a California Corporation,<br><br>　　　　　Defendant. | Case No.:  C13-0496 JSW<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date:　Friday, October 11, 2013<br>Time:　1:30 p.m.<br>Ctrm:　11, 19th Floor<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, California<br>Judge: The Honorable Jeffrey S. White |

　　　　Plaintiffs respectfully request that the Case Management Conference scheduled for October 11, 2013, at 1:30 p.m., be continued for approximately thirty (30) days, as follows:

　　　　1.　　As the Court's records will reflect, this action was filed on February 5, 2013 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

　　　　2.　　 Plaintiffs served the complaint, summons, and court documents on Defendant on February 22, 2013.  Defendant failed to answer by the March 15, 2013 deadline, and Plaintiffs requested Entry of Default, which was entered by the court on March 29, 2013. Thereafter, discussion between the parties began.

　　　　3.　　Defendant asked for time to review its records regarding amounts due to Plaintiffs. Plaintiffs requested a continuance of the Case Management Conference on May 3, 2013 (Dkt. No. 16) to allow that time, and the Court granted Plaintiffs' request and issued an order continuing the Case Management Conference to August 9, 2013 (Dkt. No. 17).

4. Plaintiffs requested an additional continuance of the Case Management Conference on August 2, 2013 (Dkt. No. 19), and the Court granted Plaintiffs' request and issued an order continuing the Case Management Conference to October 11, 2013 (Dkt. No. 20).

5. Defendant has failed to contact Plaintiffs' counsel despite having been given time to review its records, and upon a follow-up by Plaintiffs' counsel, indicated that it would be filing for bankruptcy. No bankruptcy has been filed by Defendant to date, and check stubs received by Plaintiffs' administrative office prove that Defendant does owe unpaid contributions for hours worked by its employees to Plaintiffs.

6. Plaintiffs' counsel again attempted to contact Defendant before incurring further expense in continuing legal action, in an attempt to resolve this matter. Defendant was out of the office and has not responded to the message left for a return call. In the event that Defendant fails to respond and provide its reports and payment of all amounts owed, or to enter into a payment plan, Plaintiffs will file a Motion for Default Judgment and Order to Compel Compliance.

7. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately thirty (30) days, in order to allow for sufficient time to attempt resolution of this matter.

8. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: October 4, 2013      **SALTZMAN & JOHNSON LAW CORPORATION**

By:    /S/
Muriel B. Kaplan
Attorneys for Plaintiffs

1  IT IS SO ORDERED.

2      Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
3  Management Conference is hereby continued to November 15. 2013 and all related deadlines are
   extended accordingly.
4

5  Date: October 8, 2013          _____
                                       THE HONORABLE JEFFREY S. WHITE
6                                      UNITED STATES DISTRICT COURT