Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TIM KRUSE CONSTRUCTION, INC., a California Corporation,<br><br>    Defendant. | Case No.: C13-0496 JSW<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date:   Friday, November 15, 2013<br>Time:  1:30 p.m.<br>Ctrm:  11, 19th Floor<br>          450 Golden Gate Avenue<br>          San Francisco, California<br>Judge: The Honorable Jeffrey S. White |

      Plaintiffs respectfully request that the Case Management Conference scheduled for November 15, 2013, at 1:30 p.m., be continued for approximately sixty (60) days, as follows:

      1.    As the Court's records will reflect, this action was filed on February 5, 2013 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

      2.    Plaintiffs served the complaint, summons, and court documents on Defendant on February 22, 2013. Defendant failed to answer by the March 15, 2013 deadline, and Plaintiffs requested Entry of Default, which was entered by the court on March 29, 2013. Thereafter, discussion between the parties began.

      3.    Defendant asked for time to review its records regarding amounts due to Plaintiffs. Plaintiffs requested a continuance of the Case Management Conference on May 3, 2013 (Dkt. No. 16) to allow that time, and the Court granted Plaintiffs' request and issued an order continuing the Case Management Conference to August 9, 2013 (Dkt. No. 17).

4. Plaintiffs requested an additional continuance of the Case Management Conference on August 2, 2013 (Dkt. No. 19), and the Court granted Plaintiffs' request and issued an order continuing the Case Management Conference to October 11, 2013 (Dkt. No. 20).

5. Plaintiffs' counsel again attempted to contact Defendant before incurring further expense in continuing legal action and in an attempt to resolve this matter. Defendant was out of the office, so Plaintiffs left a message for Defendant requesting contact. In hopes of reaching a resolution with Defendant, Plaintiffs requested another continuance of the Case Management Conference on October 4, 2013 (Dkt. No. 22). The Court granted Plaintiffs' request and issued an order continuing the Case Management Conference to November 15, 2013 (Dkt. No. 23).

6. Defendant contacted Plaintiffs' counsel, requested a payment plan for amounts due to Plaintiffs, and submitted all the documentation necessary for preparation of the same. Plaintiffs' counsel is currently drafting a Judgment Pursuant to Stipulation, so Plaintiffs therefore request another continuance of the Case Management Conference. If Defendant signs the Judgment Pursuant to Stipulation, Plaintiffs will promptly file it. If Defendant fails to sign the Judgment Pursuant to Stipulation, Plaintiffs' counsel will prepare a Motion for Default Judgment against Defendant.

7. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately sixty (60) days, in order to allow for sufficient time for Plaintiffs to draft a Judgment Pursuant to Stipulation and for the execution of the same by both parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: November 6, 2013                     **SALTZMAN & JOHNSON**
                                            **LAW CORPORATION**

                                            By: _____/S/_____
                                                 Muriel B. Kaplan
                                                 Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to January 10, 2014, and all related deadlines are extended accordingly.

Date: November 12, 2013                     _____
                                            THE HONORABLE JEFFREY S. WHITE
                                            UNITED STATES DISTRICT COURT