United States District Court

For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 F. G. CROSTHWAITE, et al.,

10 Plaintiffs,                                    No. C 13-00496 JSW

11 v.

12 TIM KRUSE CONSTRUCTION, INC,          **ORDER TO SHOW CAUSE**

13 Defendant.
                                                              /

14

15      On May 7, 2014, the Bankruptcy Court filed a Notice of Filing Chapter 13 Trustee's

16 Final Report and Account and of Order Fixing Deadline for Objecting Thereto from the

17 bankruptcy action of Defendant's principal, Timothy Brian Kruse.  It is not clear what impact, if

18 any, the bankruptcy action of Mr. Kruse should have against the action pending in this Court.

19 The Court HEREBY ORDERS Plaintiffs to Show Cause as to whether this action should be

20 stayed pending the Mr. Kruse's bankruptcy action.  Plaintiffs shall file a response to this OSC in

21 writing by no later than June 11, 2014

22      **IT IS SO ORDERED.**

23

24 Dated: May 28, 2014                      _____

25                                                        JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE

26

27

28