United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TIM KRUSE CONSTRUCTION, INC,<br><br>    Defendant.<br>_____/ | No. C 13-00496 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    This matter comes before the Court upon consideration of the Report and Recommendation ("Report") prepared by Magistrate Judge Nandor J. Vadas, in which he recommends that the Court grant Plaintiffs' motion for default judgment against defendant Tim Kruse Construction, Inc. The deadline to file objections to the Report has passed. The Court finds the report through and well reasoned and adopts it in every respect.

    Accordingly, Plaintiffs' motion for default judgment is granted as set forth in the Report (Docket No. 60). The Court shall enter a separate judgment, and the Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: September 17, 2014

                                                   JEFFREY S. WHITE<br>                                                 UNITED STATES DISTRICT JUDGE